■ NELSON CEPEDA, Appellant, v KRF REALTY LLC, Respondent, et al., Defendant. [48 NYS3d 586]—

Order, Supreme Court, Bronx County (Wilma Guzman, J.), entered March 4, 2016, which, among other things, granted defendant KR Realty LLC's motion for summary judgment dismissing the complaint against it, and denied plaintiff's cross motion for summary judgment against KR on the issue of liability, unanimously affirmed, without costs.

KR established that it was an out-of-possession landlord which, pursuant to its lease with the tenant, codefendant Bargain Team, Inc., was not responsible for removing snow or ice from the sidewalk of the premises where plaintiff allegedly slipped and fell (*see Bing v 296 Third Ave. Group, L.P.*, 94 AD3d 413, 413 [1st Dept 2012], *lv denied* 19 NY3d 815 [2012]). Snow or ice is not a significant structural or design defect for which an out-of-possession landlord may be held liable (*id.* at 414).

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Tom, J.P., Acosta, Richter, Manzanet-Daniels and Kahn, JJ.